UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**AUDIE COX**                                                                              **PLAINTIFF**

**v.**                           **CASE NO. 3:09cv00014 BSM**

**OFFICER CHRIS PERRY**                                        **DEFENDANT**

## ORDER

Plaintiff, Audie Cox, and defendant, Officer Chris Perry, jointly request the dismissal of this action due to settlement. [Doc. No 9].

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 27th day of January, 2010.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE